AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.

TEJINDER SINGH
*Defendant(s)*

Case No. 1:20-mj-00007-SAB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 5, 2019 in the county of Tulare in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1  36 C.F.R § 4.2 (b) and CAVC 14601.2(a) | Driving while suspended for DUI. |
| Count 2  36 C.F.R. § 2.35 (b)(2) | Possession of a controlled substance (marijuana). |
| Count 3  36 C.F.R. § 4.14 (b) | Carrying or storing an open container of alcoholic beverage. |

PENALTY FOR EACH OFFENSE LISTED

(a) Imprisonment - Maximum: Six (6) months
(b) Fine - Maximum: Five Thousand Dollars ($5,000)
(c) Both Fine and Imprisonment
(d) Penalty Assessment – Mandatory: Ten Dollars($10)

This criminal complaint is based on these facts:

(See attachment A)

☒ Continued on the attached sheet.

*Complainant's signature*

Ranger Justin Price, National Park Service

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: **Jan 10, 2020**

*Judge's signature*

City and state: **Fresno, CA**

Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

*United States v. Tejinder Singh*

**Count 1:**     **Driving while suspended for DUI [36 C.F.R. § 4.2 – CA VC 14601.2(a)], a Class B Misdemeanor**

I am providing this affidavit based upon my experience and training as a National Park Service Ranger in the State and Eastern District of California, my personal knowledge and observations, and information conveyed to me by others, including National Park Service Rangers.

I state that on December 5, 2019 at approximately 1443 hours, while exercising my duties as a law enforcement officer, I observed a dark colored Honda Accord (CA-7EGT253) in a stationary position in a pullout facing south. I observed a male, later identified as Tejinder SINGH sitting in the driver's seat, and a female in the passenger seat. The vehicle's headlights were on, and the vehicle appeared to be running. As I drove past the vehicle, I observed smoke coming from SINGH's mouth, and smelled the odor of marijuana. There were no other vehicles or people in this area. I turned around and positioned my vehicle behind the Honda Accord.

As I approached SINGH in the driver's seat of the vehicle, I observed the keys to the vehicle in the ignition and heard the vehicle's engine running. I introduced myself as Officer Price with the National Park Service, and advised him that I was contacting them because I smelled the odor of marijuana coming from the vehicle as I passed.

I instructed SINGH to produce his driver's license to which he stated "I don't think I have it with me." SINGH stated he was smoking a cigarette, but there is some marijuana in the vehicle. SINGH stated he smokes in the vehicle often, and "anyone near my car can always smell it." I advised SINGH the vehicle would be searched, and ordered him to turn off the vehicle and remove the keys from the ignition. I instructed SINGH to exit the vehicle and walk to the front of the car. Shortly after, I instructed the passenger of the vehicle identified as Hope Lopez to exit and walk to the front of the vehicle.

The female passenger of the vehicle stated her purse was located on the front passenger floor board and was her only possession. The female passenger further stated that anything else inside the vehicle did not belong to her. After running SINGH's information through park dispatch, I was advised that SINGH's driver's license is suspended for driving under the influence, and service was not needed.

I advised both individuals I was waiting for a second unit to arrive on scene. While waiting for a second unit, I asked SINGH when the last time he used marijuana. SINGH responded "this morning…I smoked in my car." Without being prompted, SINGH stated "I was drinking…so it's my birthday today." While I standing near the passenger side of the vehicle, I observed what looked to be a tall can of "modelo" beer in a bag on the front passenger floor board.

I asked SINGH when the last time he had any alcohol to drink. SINGH responded by saying "I was just taking a couple of shots, but I wasn't driving." SINGH stated he was in the driver's seat, but he wasn't driving. SINGH stated earlier in the contact that he had a "CCW" (Concealed Weapon Permit), and consented to being searched for weapons. No weapons were located.

National Park Service Ranger Dave Fox arrived to the scene as a second unit. After Ranger Fox and I secured SINGH, Ranger Fox interviewed the passenger Hope Lopez. LOPEZ's identity was verified by her driver's license. LOPEZ stated to Ranger Fox, prior to my arrival, SINGH had driven the vehicle from another location in the park where they were sight-seeing to the location I observed them and made contact. Additionally, LOPEZ provided a signed voluntary witness statement, supporting her statement that SINGH was driving the vehicle prior to my arrival to the scene.

During a vehicle search, an open bottle of "Jack Daniels" with partial contents, an open bottle of "Fireball" with partial contents, an open empty can of "modelo", and 29.5 grams of processed marijuana located in a bag that SINGH claimed possession of were recovered in SINGH's vehicle.

Based on those facts, and my training and experience, I concluded that SINGH drove a vehicle while his driver's license is suspended for DUI, in violation of 36 C.F.R. § 4.2- CAVC 14601.2(a).

**Count 2:**	**Possession of a controlled substance – Marijuana [36 C.F.R. § 2.35 (a)(2)] a Class B Misdemeanor**

The facts stated in support of Count 1 are fully incorporated herein.

Based on those facts, and my training and experience, I concluded that SINGH possessed a controlled substance, in violation of 36 C.F.R. § 2.35(a)(2).

**Count 3:**	**Carrying or storing an open container of alcoholic beverage [36 C.F.R. § 4.14(b)] a Class B Misdemeanor**

The facts stated in support of Count 1 are fully incorporated herein.

Based on those facts, and my training and experience, I concluded that SINGH carried or stored an open container of alcoholic beverage, in violation of 36 C.F.R. § 4.14(b).

_____
*Complainant's signature*

Ranger Justin Price, National Park Service

*Approved as to form*

/s/ William B. Taylor
WILLIAM B. TAYLOR
Special Assistant U.S. Attorney