1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          Case No. 1:20-mj-00007-SAB

11 |             Plaintiff,
                                        STIPULATION AND ORDER FOR
12 | v.                                  CONTINUANCE OF STATUS CONFERENCE

13 | TEJINDER SINGH,

14 |             Defendant.

15

16

17     The United States of America, by and through McGregor W. Scott, United States Attorney, and

18 Jeffrey A. Spivak, Assistant United States Attorney, and Defendant Tejinder Singh, by and through his

19 attorney, James Brusseau, hereby request and stipulate that the Court continue the status conference in

20 this case from April 16, 2020 to July 16, 2020.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                         1

The government has produced discovery and has extended Defendant a plea offer. Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case with the government.

DATED: April 15, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

DATED: April 15, 2020

/s/ James Brusseau
JAMES BRUSSEAU
Counsel for Defendant Tejinder Singh
(As approved by email 4/14/2020)

**O R D E R**

IT IS HEREBY ORDERED that that the status conference in this case is continued from April 16, 2020 to July 16, 2020.

IT IS SO ORDERED.

Dated: **April 15, 2020**

UNITED STATES MAGISTRATE JUDGE