# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-mj-00007-SAB |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) ) | **UNSUPERVISED PROBATION** |
| TEJINDER SINGH, | ) ) | |
| Defendant. | ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. §4.2(b); CVC 14601.2(a) Driving While Suspended for DUI

36 C.F.R §4.14(b) Carrying or Storing an Open Container of Alcoholic Beverage

**Sentence Date:** 8/27/20

**Review Hearing Date:** 7/15/2021

**Probation Expires On:** 8/27/2021

## *CONDITIONS OF UNSUPERVISED PROBATION:*

**X** **Obey all federal, state and local laws;** and

**X** **Monetary Fines** & **Penalties in Total Amount of:** $1,210.00 which Total Amount is made up of a Fine:$ 1,200.00 Special Assessment: $ 10.00 Processing Fee:$ 0.00 Restitution: $ 0.00

X Payment schedule of$ 150.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:** NA

☐ **Other Conditions:** NA

## *COMPLIANCE:*

**X** Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): NA

**X** To date, Defendant has paid a total of$ 1210.00
☐ If not paid in full when was the last payment:  Date:
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

The Government agrees to the above-described compliance.

The Government disagrees with the following area(s) of compliance:

Government Attorney:

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this this report, the defendant moves for the following:

☐ that the review hearing set for 7/15/2021 at 10:00 a.m.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    X be vacated.

X that Defendant's appearance for t e review hearing be waived.

DATED: 6/17/2021

*(signature)*
DEFENDANT'S COUNSEL

## ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

X DENIED. Defendant may appear via video conference for the hearing.

IT IS SO ORDERED.

Dated: **July 13, 2021**

*(signature)*
UNITED STATES MAGISTRATE JUDGE